```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, on behalf of herself and all other persons similarly situated,

    Plaintiff,

-against-

TEREZ UNIVERSE LLC,

    Defendant.

24-CV-6403 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Leshawn Young filed her Complaint on August 26, 2024 (Dkt. 3), and the Clerk of Court issued an electronic summons as to defendant Terez Universe LLC on August 28, 2024. (Dkt. 7.) Under Fed. R. Civ. P. 4(m), plaintiff had 90 days to serve the Summons and Complaint, but no proof of such service has been filed.

    It is hereby ORDERED that, if plaintiff has not filed proof of service of the Complaint by **December 9, 2024**, she shall, on that date, show cause why this Court should not dismiss the action.

Dated: New York, New York
       December 2, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**